DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAPHNE POLYCARPE,**
Appellant,

v.

**FIFTH THIRD MORTGAGE COMPANY,**
Appellee.

No. 4D19-3791

[March 26, 2020]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis D. Bailey, Judge; L.T. Case No. CACE17-007396(11).

Charles D. Barnard of Charles D. Barnard, P.A., Fort Lauderdale, for appellant.

Richard S. McIver and H. Michael Muniz of Kass Shuler, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***